UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHARLES TYLER,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. H-05-3520** |
| § | |
| **M/V LYKES NAVIGATOR,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## MEMORANDUM AND ORDER

On March 8, 2006, this Court ordered Plaintiff to effect service upon Defendants on or before April 7, 2006 and to provide to the Court proof of such service on or before May 8, 2006. Plaintiff has filed no proof of service. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**